UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

JONATHAN CASTLE

                        Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 9955

Defendant __JONTHAN CASTLE__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**JONATHAN CASTLE**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**CHARLES A. MILLER**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/24/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge